No. 74–6289. Egger *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 74–6300. Caruth *v.* Power et al., Judges. C. A. 7th Cir. Certiorari denied.

No. 74–6304. Runge *v.* Washington. Sup. Ct. Wash. Certiorari denied.

No. 74–6306. Goldstein *v.* United States;
No. 74–6352. Flores *v.* United States; and
No. 74–6354. Vavarigos *v.* United States. C. A. 2d Cir. Certiorari denied. Reported below: 513 F. 2d 1191.

No. 74–6309. Nixon *v.* Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 74–6319. Maze *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 74–6320. Capuchino *v.* Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 74–6323. Jordan *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 74–6324. Zsido *v.* United States;
No. 74–6348. Cook *v.* United States; and
No. 74–6431. Barclift *v.* United States. C. A. 9th Cir. Certiorari denied. Reported below: 514 F. 2d 1073.

No. 74–6330. Hatch *v.* Louisiana. Sup. Ct. La. Certiorari denied.

No. 74–6334. Pritchard *v.* United States. C. A. 7th Cir. Certiorari denied.